# EXHIBIT E



Current Date: May 15, 2024

| | |
|---|---|
| Account Number: | ▆▆▆▆5039 |
| Capture Date: | April 10, 2024 |
| Item Number: | 5251001610490 |
| Posted Date: | April 10, 2024 |
| Posted Item Number: | 5251001610490 |
| Amount: | 597,811.39 |
| Record Type: | Credit |

**DEPOSIT**

Cashbox Number 188      Transaction Number 3131

Account Number ▆▆▆▆5039

Transaction Amount 597,811.39      tMagic Id# 202321012450365

Date/Time  10 -Apr- 2024 02:00

```
>>221971316<<
4/10/2024
14:00:58
TMID 202321012450365
```



Current Date: May 15, 2024

| | |
|---|---|
| Account Number: | ▇▇▇▇1433 |
| Capture Date: | April 10, 2024 |
| Item Number: | 5251001610491 |
| Posted Date: | April 10, 2024 |
| Posted Item Number: | 5251001610491 |
| Amount: | 33,780.16 |
| Record Type: | Transit |



**CASHIER'S CHECK**

CHASE

Remitter: SHONTI L UPSHAW

Pay To The Order Of: MOUT'Z F. SOUDANI & ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST

Pay: THIRTY THREE THOUSAND SEVEN HUNDRED EIGHTY DOLLARS AND 16 CENTS

$** 33,780.16 **

Date 04/10/2024    9435424858

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH

⑆9435424858⑆ ⑉044000037⑉ 758661433⑈



2033365730

>>221971316<<
4/10/2024
13:59:28
TMID 202321012450365



Current Date: May 15, 2024

Account Number: ███953
Capture Date: April 10, 2024
Item Number: 5251001610492
Posted Date: April 10, 2024
Posted Item Number: 5251001610492
Amount: 13,343.67
Record Type: Transit

---

**J&G Law, LLP**
IOLA Fund
158 Orange Avenue
Walden, New York 12586

Orange Bank & Trust Company
2093 Route 208
Montgomery, New York 12549
001-0247/0219

001913

PAY TO THE ORDER OF Mout'z F. Soudani & Elizabeth I. Ruttkay aka Eliza*beth* Soudani Irrevocable Trust

DATE 04/09/2024
AMOUNT *****$13,343.67

THIRTEEN THOUSAND THREE HUNDRED FORTY THREE AND 67/100 DOLLARS

Mout'z F. Soudani & Elizabeth I. Ruttkay aka Eliza

AUTHORIZED SIGNATURE

File#: 16658-002

⑈001913⑈ ⑆021902475⑆ 8832953⑈

---

>>221971316<<
4/10/2024
13:59:28
TMID 202321012450365

6033756039
Mou'tz Soudani
cp



Current Date: May 15, 2024

| | |
|---|---|
| Account Number: | 6700110742 |
| Capture Date: | April 10, 2024 |
| Item Number: | ▓▓▓▓▓0493 |
| Posted Date: | April 10, 2024 |
| Posted Item Number: | 5251001610493 |
| Amount: | 550,687.56 |
| Record Type: | Transit |

---

WEBSTER BANK   6280
50-7046/2219

**PAUL S. SHOOCK**
**ATTORNEY AT LAW  IOLA ACCOUNT**
42 HIGH STREET
WARWICK NY 10990

04/10/24

PAY TO THE ORDER OF: Soudoni Living Trust     $550,687.56

Five hundred fifty thousand six hundred eighty-seven 56/100 DOLLARS

MEMO: Upshaw 7101

AUTHORIZED SIGNATURE

⑆006280⑆ ⑈221970443⑈ 6700110742⑈

---

>>221971316<<
4/10/2024
13:59:29
TMID 202321012450365

CHECK BOX FOR MOBILE/REMOTE DEPOSIT