# EXHIBIT C

## ASSIGNMENT OF 100% OF MOUTAZ M. SOUDANI BENEFICIAL INTEREST IN THE MOUT'Z F. SOUDANI AND ELIZABETH I. RUTTKAY A/K/A ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST DATED FEBRUARY 11, 2002
## TO
## MOUT'Z F. SOUDANI AS TRUSTEE OF THE MOUT'Z F. SOUDANI GRANTOR TRUST

     **MOUTAZ M. SOUDANI**, with a mailing address of 40 Bailey Road Montgomery, New York 12549 (the "**Assignor**") as the owner of 100% of the beneficial interests in that certain trust known as THE MOUT'Z F. SOUDANI AND ELIZABETH I. RUTTKAY A/K/A ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST DATED FEBRUARY 11, 2002 (the Trust), for the consideration of ten dollars ($10.00) and other good and valuable consideration, the adequacy and receipt of which is hereby acknowledged, hereby transfers, conveys, and assigns 100% of Assignors right, title and interest in and to the Beneficial Interest in the Trust, and all the appurtenant rights in that certain trust known as THE MOUT'Z F. SOUDANI AND ELIZABETH I. RUTTKAY A/K/A ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST DATED FEBRUARY 11, 2002 to MOUT'Z F. SOUDANI as Trustee of the MOUT'Z F. SOUDANI GRANTOR TRUST with a mailing address of 40 Bailey Road Montgomery, New York 12549 (the "**Assignee**"), effective as of the 21 day of September, 2017.

     **IN WITNESS WHEREOF** the undersigned has executed this assignment effective as of the date first mentioned above.

Assignor

_____
MOUTAZ M. SOUDANI


Assignee:
MOUT'Z F. SOUDANI GRANTOR TRUST:

_____
MOUT'Z F. SOUDANI



STATE OF NEW YORK, COUNTY OF Orange , ss.

On the 21 day of September, 2017, before me, the undersigned notary public, personally **MOUTAZ M. SOUDANI** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that She executed the same in her individual capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

STATE OF NEW YORK, COUNTY OF Orange , ss.

On the 21 day of September, 2017, before me, the undersigned notary public, personally **MOUT'Z F. SOUDANI** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that She executed the same in her individual capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

```
PATRICK D. HICKEY
Notary Public, State of New York
Registration #02HI6338304
Qualified In Dutchess County
Commission Expires March 7, 20 26
```