# EXHIBIT E



Current Date: May 15, 2024
Account Number: 5039
Capture Date: April 10, 2024
Item Number: 5251001610490
Posted Date: April 10, 2024
Posted Item Number: 5251001610490
Amount: 597,811.39
Record Type: Credit

**DEPOSIT**

Cashbox Number  188            Transaction Number  3131

Account Number  5039

Transaction Amount  597,811.39            tMagic Id#  202321012450365

Date/Time  10 -Apr- 2024 02:00

>>221971316<<
4/10/2024
14:00:58
TMID 202321012450365



Current Date: May 15, 2024
Account Number: ▮▮▮▮1433
Capture Date: April 10, 2024
Item Number: 5251001610491
Posted Date: April 10, 2024
Posted Item Number: 5251001610491
Amount: 33,780.16
Record Type: Transit



**CASHIER'S CHECK**

Date: 04/10/2024
9435424858

Remitter: SHONTI L UPSHAW

Pay To The Order Of: MOUT'Z F. SOUDANI & ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST

Pay: THIRTY THREE THOUSAND SEVEN HUNDRED EIGHTY DOLLARS AND 16 CENTS

$** 33,780.16 **

Drawer: JPMORGAN CHASE BANK, N.A.

Rebecca Griffin, Chief Administrative Officer
JPMorgan Chase Bank, N.A.
Columbus, OH



2033365730

>>221971316<<
4/10/2024
13:59:28
TMID 202321012450365



Current Date: May 15, 2024
Account Number: ████953
Capture Date: April 10, 2024
Item Number: 5251001610492
Posted Date: April 10, 2024
Posted Item Number: 5251001610492
Amount: 13,343.67
Record Type: Transit

---

J&G Law, LLP
IOLA Fund
158 Orange Avenue
Walden, New York 12586

Orange Bank & Trust Company
2093 Route 208
Montgomery, New York 12549
001-0247/0219

001913

PAY TO THE ORDER OF Mout'z F. Soudani & Elizabeth I. Ruttkay aka Eliza*beth*
*Soudani Irrevocable Trust*

DATE 04/09/2024

AMOUNT *****$13,343.67

THIRTEEN THOUSAND THREE HUNDRED FORTY THREE AND 67/100 DOLLARS

Mout'z F. Soudani & Elizabeth I. Ruttkay aka Eliza

File#: 16658-002

>>221971316<<
4/10/2024
13:59:28
TMID 202321012450365





Current Date: May 15, 2024
Account Number: ████0742
Capture Date: ████ ██, 2024
Item Number: 5251001610493
Posted Date: April 10, 2024
Posted Item Number: 5251001610493
Amount: 550,687.56
Record Type: Transit

