# EXHIBIT F



PO Box 690
15 Scott's Corners Drive
Montgomery, NY 12549
Return Service Requested

Phone number:
845-457-7700 Option 3
Email:
info@waldensavings.bank
Website:
www.waldensavings.bank

000031

**Customer Statement** 

**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

## Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| 55 Plus Checking | xxxxxxxx5039 | $30,170.77 |

MOUTZ F SOUDANI
IRREVOCABLE LIVING TRUST
126 NORTH MONTGOMERY ST APT 313
WALDEN NY 12586-1274

## 55 Plus Checking - xxxxxxxx5039

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$66,224.61** |
| Apr 01 | Eff. 03-30 Deposit | | 992.20 | 67,216.81 |
| Apr 01 | Eff. 03-30 1402 Over Counter - Check | -1,700.00 | | 65,516.81 |
| Apr 01 | Deposit | | 1,194.04 | 66,710.85 |
| Apr 02 | 1405 Check | -600.00 | | 66,110.85 |
| Apr 02 | 1479 Check | -603.31 | | 65,507.54 |
| Apr 02 | 1406 Check | -1,000.00 | | 64,507.54 |
| Apr 02 | 1401 Check | -10,000.00 | | 54,507.54 |
| Apr 03 | Deposit | | 2,027.18 | 56,534.72 |
| Apr 03 | 1404 Check | -200.00 | | 56,334.72 |
| Apr 03 | 1468 Check | -3,200.00 | | 53,134.72 |
| Apr 04 | Activity 04-03 POS Withdrawal (FIS) THE HOME DEPOT 474 ROUTE 211 E MIDDLETOWN NY(1861) | -436.54 | | 52,698.18 |
| Apr 04 | Activity 04-03 POS Withdrawal (FIS) THE HOME DEPOT 1220 ROUTE 300 NEWBURGH NY(1861) | -258.40 | | 52,439.78 |
| Apr 04 | 1409 Check | -1,250.00 | | 51,189.78 |
| Apr 04 | 1410 Check | -2,000.00 | | 49,189.78 |
| Apr 08 | Deposit | | 600.00 | 49,789.78 |
| Apr 08 | 1480 Check | -19.69 | | 49,770.09 |
| Apr 10 | Deposit | | 42,000.00 | 91,770.09 |
| Apr 10 | Deposit | | 597,811.39 | 689,581.48 |
| Apr 10 | Withdrawal | -600,000.00 | | 89,581.48 |

5.49%* Introductory Rate

Home Equity Line of Credit
• No Closing Costs • Interest Only During 10 Year Draw Period • Utilize Up To 80% Of Your Home's Value •

03ZWRA_BK_319WS0001_M011



**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

### Preauthorized Credits

You may verify a pre-authorized credit by calling (845) 457-7700 or by accessing our telephone banking at (845) 457-8200, (845) 497-8200, or (845) 561-8200 or by accessing our web banking at www.waldensavings.bank, You may register for either product by calling (845) 457- 7700,

### In Case of Errors or Questions About Your Electronic Fund Transfers

Telephone us at (845) 457-7700 or write us at 15 Scott's Corners Drive, P,O, Box 690, Montgomery, NY 12549 ATTN: EFT Coordinator, as soon as you can, if you think your statement or receipt is wrong of if you need more information about a transfer on the statement or receipt We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared, Please give us the following information:

(1) Tell us your name and account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information,
(3) Tell us the dollar amount of the suspected error,

We will investigate your complaint and will correct any error promptly, If we take more than 10 days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation, Regarding new accounts, the time period is extended to 20 business days,

### Your Billing Rights-Keep this Notice for Future Use

This notice contains important information about your rights and responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, of if you need more information about a transaction on your bill, write us on a separate sheet at 15 Scott's Corners Drive , Montgomery, NY 12549 ATTN: Retail Lending. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can , why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

**Your Rights and Our Responsibilities After We Receive Your Written Notice**

We must acknowledge your letter within 30 days, unless we have corrected the error by then, Within 90 days, we must either correct or explain why we believe the bill was correct,

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question,

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount If we didn't make a mistake, you will have to make up any missed payments on the questioned amount In either case, we will send you a statement of the amount you owe and the date that it is due,

If you fail to pay the amount that we think you owe, we may report you as delinquent However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill And, we must tell you the name of anyone we report you to that the matter has been settled between us when it finally is, If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

### How Your Finance Charge Is Determined

We figure the finance charge on your account by applying the daily periodic rate to the daily end-of-day balance of your account To get the daily end-of-day balance of your account, we take the beginning balance of your account each day, add new advances and subtract payments, credits, and adjustments, This gives us the daily end-of-day balance for your account The daily rate is calculated by dividing the rate of interest on your account by the number of days in the year, At the end of the billing cycle (your statement date), these amounts are totaled and charged to your account as the finance charge.

### How to Balance Your Checkbook

Use these simple steps to bring your checkbook balance into agreement with this statement

A. Adjust your checkbook balanoe for any fees or charges not previously recorded,
B. Compare these checks with your records, C, Complete the Schedules at the right
C. Complete the **Schedules at the right**
D. Follow the steps outlined below.

| Step | |
|---|---|
| 1. Enter here the Statement Balanoe Shown on this statement | |
| 2. Compare the Deposits shown on This statement with your records, If a reoent deposit(s) does not Show on this statement enter the Total from the schedule of Deposits | |
| 3. Enter total of lines 1 & 2 | |
| 4. Enter the TOTAL from the schedule of withdrawals | |
| 5. Subtract line 4 from line 3, This Should be your present checkbook Balance, If not, the most common Mistake is an error in arithmetic | |

| Schedule of withdrawals And checks not shown on this statement | | Schedule of withdrawals And checks not shown on this statement | | Schedule of Deposrts not Shown on this Statement | |
|---|---|---|---|---|---|
| Check # | Amount | Check # | Amount | Deposti Date | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | Total checks, Withdrawals, Or transfers Not shown to Line 4. | | Total ot Deposits Not shown on This statement To Line 2. | |
| Continued | ↑ | | | | |



**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

## 55 Plus Checking - xxxxxxxx5039 (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| Apr 10 | 1408 Check | -151.90 | | 89,429.58 |
| Apr 10 | 1407 Check | -16,705.79 | | 72,723.79 |
| Apr 11 | 1414 Check | -50.00 | | 72,673.79 |
| Apr 11 | 1412 Check | -178.41 | | 72,495.38 |
| Apr 11 | 1456 Check | -257.00 | | 72,238.38 |
| Apr 11 | 1411 Check | -500.00 | | 71,738.38 |
| Apr 12 | Deposit | | 850.00 | 72,588.38 |
| Apr 15 | 1420 Over Counter Check | -864.00 | | 71,724.38 |
| Apr 15 | Statement Print Service Charge | -75.00 | | 71,649.38 |
| Apr 15 | 1413 Check | -1,000.00 | | 70,649.38 |
| Apr 15 | 1415 Check | -2,000.00 | | 68,649.38 |
| Apr 15 | 1403 Check | -2,692.00 | | 65,957.38 |
| Apr 16 | External Deposit APPLE CASH - BANK XFER ID NBR: Marty Soudani | | 370.00 | 66,327.38 |
| Apr 16 | 1416 Check | -1,000.00 | | 65,327.38 |
| Apr 16 | 1417 Check | -1,250.00 | | 64,077.38 |
| Apr 17 | Deposit | | 4,612.43 | 68,689.81 |
| Apr 17 | 1421 Check | -15,000.00 | | 53,689.81 |
| Apr 18 | Deposit | | 1,000.00 | 54,689.81 |
| Apr 19 | 1423 Check | -550.00 | | 54,139.81 |
| Apr 22 | Deposit | | 1,400.00 | 55,539.81 |
| Apr 23 | External Withdrawal DELUXE - CHECK CHECK/ACC. | -20.95 | | 55,518.86 |
| Apr 23 | 1422 Check | -35.00 | | 55,483.86 |
| Apr 23 | 1424 Check | -26,794.75 | | 28,689.11 |
| Apr 24 | External Deposit US TREAS 310 - XXSOC SEC | | 1,869.30 | 30,558.41 |
| Apr 24 | Deposit | | 400.00 | 30,958.41 |
| Apr 26 | 1427 Check | -51.59 | | 30,906.82 |
| Apr 26 | 1425 Check | -60.41 | | 30,846.41 |
| Apr 26 | 1320 Check | -66.48 | | 30,779.93 |
| Apr 29 | 1426 Electronic Check CAPITAL - ONE ARC ARC CHECK PYMT | -1,172.42 | | 29,607.51 |
| Apr 30 | External Withdrawal ACTION - ENVIRONME ACTION BT0429 | -156.78 | | 29,450.73 |
| Apr 30 | Deposit | | 1,194.04 | 30,644.77 |
| Apr 30 | 1430 Check | -474.00 | | 30,170.77 |
| | **ENDING BALANCE** | | | **$30,170.77** |

MOUTZ F SOUDANI
IRREVOCABLE LIVING TRUST

### Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 1320 | Apr 26 ❏ | 66.48 | 1411 | Apr 11 ❏ | 500.00 | 1423 | Apr 19 ❏ | 550.00 |
| 1401* | Apr 02 ❏ | 10,000.00 | 1412 | Apr 11 ❏ | 178.41 | 1424 | Apr 23 ❏ | 26,794.75 |
| 1402 | Apr 01 ❏ | 1,700.00 | 1413 | Apr 15 ❏ | 1,000.00 | 1425 | Apr 26 ❏ | 60.41 |
| 1403 | Apr 15 ❏ | 2,692.00 | 1414 | Apr 11 ❏ | 50.00 | 1426e | Apr 29 ❏ | 1,172.42 |
| 1404 | Apr 03 ❏ | 200.00 | 1415 | Apr 15 ❏ | 2,000.00 | 1427 | Apr 26 ❏ | 51.59 |
| 1405 | Apr 02 ❏ | 600.00 | 1416 | Apr 16 ❏ | 1,000.00 | 1430* | Apr 30 ❏ | 474.00 |
| 1406 | Apr 02 ❏ | 1,000.00 | 1417 | Apr 16 ❏ | 1,250.00 | 1456* | Apr 11 ❏ | 257.00 |
| 1407 | Apr 10 ❏ | 16,705.79 | 1420* | Apr 15 ❏ | 864.00 | 1468* | Apr 03 ❏ | 3,200.00 |
| 1408 | Apr 10 ❏ | 151.90 | 1421 | Apr 17 ❏ | 15,000.00 | 1479* | Apr 02 ❏ | 603.31 |
| 1409 | Apr 04 ❏ | 1,250.00 | 1422 | Apr 23 ❏ | 35.00 | 1480 | Apr 08 ❏ | 19.69 |
| 1410 | Apr 04 ❏ | 2,000.00 | | | | | | |

Number of Checks: 31 * Indicates a skip in sequence e Indicates an electronic check

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Apr 01 | 66,710.85 | Apr 02 | 54,507.54 | Apr 03 | 53,134.72 | Apr 04 | 49,189.78 |

walden SAVINGS bank

**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

### Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| Apr 08 | 49,770.09 | Apr 15 | 65,957.38 | Apr 19 | 54,139.81 | Apr 26 | 30,779.93 |
| Apr 10 | 72,723.79 | Apr 16 | 64,077.38 | Apr 22 | 55,539.81 | Apr 29 | 29,607.51 |
| Apr 11 | 71,738.38 | Apr 17 | 53,689.81 | Apr 23 | 28,689.11 | Apr 30 | 30,170.77 |
| Apr 12 | 72,588.38 | Apr 18 | 54,689.81 | Apr 24 | 30,958.41 | | |

### Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

### Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Mar 30, 2024 | 66,224.61 | 656,320.58 | 0.00 | 692,299.42 | 75.00 | 30,170.77 |

## Statement Summary

| Account Number | Product Description | Maturity Date | Rate | Balance |
|---|---|---|---|---|
| xxxxxxxx5039 | 55 Plus Checking | | | $30,170.77 |



Account Number: xxxxxxxx5039
Statement Date: Mar 30, 2024 thru Apr 30, 2024

CK #1320 PD 04/26 $66.48

CK #1401 PD 04/02 $10000.00

CK #1402 PD 04/01 $1700.00

CK #1403 PD 04/15 $2692.00

walden SAVINGS bank

**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219 1404
DATE 3/31/24
PAY TO THE ORDER OF Douglas Campbell $ 200 00/xx
Two Hundred & xx/xx DOLLARS
walden savings bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
5039 01404

20240402 0000000000603375039
TRN_DEBIT TAH0435 0.00
Broadway Newburgh 0736

CK #1404 PD 04/03 $200.00

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219 1405
DATE 3/31/24
PAY TO THE ORDER OF Nicholas Bonnes $ 600 00/xx
Six Hundreds 00/xx DOLLARS
walden savings bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
5039 01405

CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

CK #1405 PD 04/02 $600.00

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219 1406
DATE 3/31/24
PAY TO THE ORDER OF Douglas Campbell $ 1000 00/xx
One Thousand & xx/xx DOLLARS
walden savings bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
5039 01406

267407021033 095313 20240401 0000000000603375039
TRN_DEBIT STHOM18 1000.00
Broadway Newburgh 0736 94004 2674 0006 0033

CK #1406 PD 04/02 $1000.00

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219 1407
T#: 040924245128084
DATE 3/31/24
PAY TO THE ORDER OF Cell Costco $ 16705 79/xx
Sixteen Hundreds Seven Hundred five 79/xx DOLLARS
walden savings bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
5039 01407

040924 410039064807 0179
0179 040824 420780 084 5998
PEG CITIBANK US NA
>091409717< FOR DEPOSIT ONLY
T#: 040924245128084

CK #1407 PD 04/10 $16705.79





Account Number: xxxxxxxx5039
Statement Date: Mar 30, 2024 thru Apr 30, 2024

MOUTZ F SOUDANI & ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST MOUTZ F SOUDANI 40 BAILEY RD. MONTGOMERY, NY 12549-2109 — 1408 — DATE 3/31/24 — PAY TO THE ORDER OF Interstate $151 90/xx — One hundred fifty one 90/xx DOLLARS — walden savings bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549 — MEMO — 5039 01408

Batch ID: 19845906 Klik DIN: 45523218 Process Date: 04/09/2024
0001 - 1852304318
6554744 - Action Carting
Deposit for the Benefit of the Named Payee
Comerica Bank - DET

CK #1408 PD 04/10 $151.90

CK #1409 PD 04/04 $1250.00

268708168709 091402 20240403 000000000603375039
TRN_DEBIT PELELLIS 2000.00
Washingtonville 0749 94004 2687 0002 002

CK #1410 PD 04/04 $2000.00

043359300273

CK #1411 PD 04/11 $500.00

walden SAVINGS bank

**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219
1412
DATE 4/9/24
PAY TO THE ORDER OF DJM Enterprises $ 178 41/xx
One hundred Seventy eight 41/xx DOLLARS
walden savings bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
5039 01412

CK #1412 PD 04/11 $178.41

CK #1413 PD 04/15 $1000.00

CK #1414 PD 04/11 $50.00

CK #1415 PD 04/15 $2000.00



Customer Statement Pg 9 of 12

**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

CK #1416 PD 04/16 $1000.00

CK #1417 PD 04/16 $1250.00

CK #1420 PD 04/15 $864.00

CK #1421 PD 04/17 $15000.00

DFLT D M 319WS0001 722595214 84375_20/000031/000209



**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219
1422
DATE 4/14/24
PAY TO THE ORDER OF Premier
$ 35.00
Thirty five 00/xx DOLLARS
walden SAVINGS bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
Moutz Soudani
5039 01422

CK #1422 PD 04/23 $35.00

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219
1423
DATE 4/17/24
PAY TO THE ORDER OF AceWood
$ 550.00
Five hundred fifty 00 DOLLARS
walden SAVINGS bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
Moutz Soudani
5039 01423

CK #1423 PD 04/19 $550.00

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219
1424
DATE 4/19/24
PAY TO THE ORDER OF Superior Auto Sales
$ 26794.75
Twenty Six Seventy four 75 DOLLARS
walden SAVINGS bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
Moutz Soudani
5039 01424

CK #1424 PD 04/23 $26794.75

MOUTZ F SOUDANI & ELIZABETH SOUDANI
IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219
1425
DATE 4/19/24
PAY TO THE ORDER OF Central Hudson
$ 60.41
Sixty 41 DOLLARS
walden SAVINGS bank Crossroads Corporate Park 15 Scott's Corners Drive, Montgomery, NY 12549
MEMO
Moutz Soudani
5039 01425

CK #1425 PD 04/26 $60.41



**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

CK #1427 PD 04/26 $51.59

CK #1430 PD 04/30 $474.00

CK #1456 PD 04/11 $257.00

CK #1468 PD 04/03 $3200.00



**Account Number:** xxxxxxxx5039
**Statement Date:** Mar 30, 2024 thru Apr 30, 2024

MOUTZ F SOUDANI & ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219 1479
DATE 3/26/24
PAY TO THE ORDER OF Central Hudson $ 603.31
Six hundred three 31/100 DOLLARS
walden savings bank Crossroads Corporate Park 16 Scott's Corners Drive, Montgomery, NY 12549
MEMO
5039 01479

For Deposit Only
Central Hudson Gas and Electric
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION DATE

CK #1479 PD 04/02 $603.31

MOUTZ F SOUDANI & ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST
MOUTZ F SOUDANI
40 BAILEY RD.
MONTGOMERY, NY 12549-2109
50-7131/2219 1480
DATE 3/26/24
PAY TO THE ORDER OF Walden Bank $ 19.69
nineteen 69/100 DOLLARS
walden savings bank Crossroads Corporate Park 16 Scott's Corners Drive, Montgomery, NY 12549
MEMO
5039 01480

ENDORSE HERE
PAYEE ENDORSEMENT GUARANTEED
CHECK HERE FOR MOBILE OR REMOTE DEPOSIT ONLY
NAME OF FINANCIAL INSTITUTION DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *
20240406
US BANK NA ST PAUL MN

CK #1480 PD 04/08 $19.69