# EXHIBIT G

Bank: Walden Savings Bank
Report: Transaction History

Case 7:25-cv-00176   Document 1-7   Filed 01/08/25   Page 2 of 2

History Query

Run Date: 05-10-2024
Post Date: 05-10-2024
Page: 1 of 1

| Activity Date Cash Out | Effective Date tMagic IDNbr | Post Date | Check Number | Amount | Transaction Description | Status | Transaction Reference | Cash In |
|---|---|---|---|---|---|---|---|---|
| 04-30-2024 | 04-30-2024 | 04-30-2024 | | 1,618.03 | Credit Interest | Completed | 150069443 - 2501 | |
| 04-10-2024 | 04-10-2024 | 04-10-2024 | | 600,000.00 | New Account Deposit | Completed | 150069443 - 2500 | |