# EXHIBIT H

## ACCOUNT AGREEMENT

**Walden Savings Bank**
**15 Scott's Corners Dr**
**Montgomery, NY 12549**

Account Number: ____9443 / 5 Month CD
Account Owner(s) Name & Address
**Moutz F. Soudani**
**40 Bailey Rd**
**Montgomery, NY 12549-2109**

Agreement Date: __04-10-2024__ By: __Jema D. Johnson__
☐ EXISTING Account - This agreement replaces previous agreement(s).
Account Description: 5 Month CD

☐ Checking ☐ Savings ☐ NOW ☐ _____
Initial Deposit $ **600000**   Source: _____

Additional Information:

### Ownership of Account - PERSONAL Purpose
☒ Individual   ☐ _____
☐ Joint - With Survivorship (and not as tenants in common)
☐ Joint - No Survivorship (as tenants in common)
☐ Convenience Account
☐ Trust - Separate Agreement:
☐ Revocable Trust Designation as Defined in this Agreement
(Name and Address of Beneficiaries):

Signature(s). The undersigned certifies the accuracy of the information he/she has provided and acknowledges receipt of a completed copy of this form. The undersigned authorizes the financial institution to verify credit and employment history and/or have a credit reporting agency prepare a credit report on the undersigned, as individuals. The undersigned also acknowledge the receipt of a copy and agree to the terms of the following agreement(s) and/or disclosure(s):

☒ Terms & Conditions ☒ Truth in Savings ☒ Funds Availability
☒ Electronic Fund Transfers ☒ Privacy ☒ Substitute Checks
☒ Common Features ☐ _____

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

(1): [x *Moutz Soudani* ]   04/10/24 14:07
**Moutz F. Soudani**
I.D. # **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**   D.O.B. **04-01-1949**

(2): [x ]
I.D. # _____ D.O.B. _____

### Ownership of Account - BUSINESS Purpose
☐ Sole Proprietorship ☐ Single-Member LLC ☐ Partnership
☐ LLC (LLC tax classification: ☐ C Corp ☐ S Corp ☐ Partnership)
☐ C Corporation ☐ S Corporation ☐ Non-Profit
☐ _____
Business:

(3): [x ]
I.D. # _____ D.O.B. _____

### Backup Withholding Certifications (Non-"U.S. Persons" - Use separate Form W-8)

☐ By signing at right, I, **Moutz F. Soudani** _____,
certify under penalties of perjury that the statements made in this section are true.

☒ TIN: **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** _____ The Taxpayer Identification
Number (TIN) shown is my correct taxpayer identification number.

(4): [x ]
I.D. # _____ D.O.B. _____
☐ The below named person(s) are Convenience Signers only (not owners)

☐ **Not Subject to Backup Withholding.** I am NOT subject to backup withholding either because I have not been notified that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the Internal Revenue Service has notified me that I am no longer subject to backup withholding.

[x ]

☐ **Exempt Recipient.** I am an exempt recipient under the Internal Revenue Service Regulations. Exempt payee code (if any) _____

**FATCA Code.** The FATCA code entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

[x ]

**U.S. Person.** I am a U.S. citizen or other U.S. person (as defined in the instructions).

I.D. # _____ D.O.B. _____

