# EXHIBIT I

1006   $15,000.00   11/10/2022



1006   $15,000.00   11/10/2022



1037   $5,000.00   12/28/2022



1037   $5,000.00   12/28/2022



1




CK #1070    PD 02/13    $5000.00

CK #1156    PD 04/14    $5000.00

2





CK #1290    PD 09/14    $3100.00





CK #1311    PD 01/09    $15000.00