# EXHIBIT J



Current Date: Mar 15, 2024

| | |
|---|---|
| Account Number: | ▇7190 |
| Capture Date: | January 05, 2024 |
| Item Number: | 5251001283245 |
| Posted Date: | January 05, 2024 |
| Posted Item Number: | 5251001283245 |
| Amount: | 478,286.42 |
| Record Type: | Transit |

**COUNTY OF ORANGE**
**DISTRICT ATTORNEY'S OFFICE**
**SEIZED FUNDS ACCOUNT**
255 MAIN STREET
GOSHEN NY 10924

3672
50-247/219

DATE January 5, 2024

PAY TO THE ORDER OF: Moutz Soudani — $478,286.42/100

Four Hundred Seventy Eight Thousand, Two Hundred, Eighty Six and 42/100 DOLLARS

Orange Bank & Trust Company

FOR: Restitution

---

>>221971316<<
1/5/2024
11:47:47
TMID 202430052442463