# EXHIBIT K



Current Date: May 15, 2024
Account Number: ████4569
Capture Date: January 05, 2024
Item Number: 5251001283243
Posted Date: January 05, 2024
Posted Item Number: 5251001283243
Amount: 400,000.00
Record Type: Credit

**NEW ACCOUNT DEPOSIT**

Cashbox Number 187                Transaction Number 2500

Account Number ████4569

Transaction Amount 400,000.00     tMagic Id# 202430052442463

Date/Time 05-Jan-2024 11:48

```
>>221971316<<
1/5/2024
11:48:31
TMID 202430052442463
```



Current Date: May 15, 2024
Account Number: ████5039
Capture Date: January 05, 2024
Item Number: 5251001283244
Posted Date: January 05, 2024
Posted Item Number: 5251001283244
Amount: 78,286.42
Record Type: Credit

**DEPOSIT**

Cashbox Number  187                          Transaction Number  2983

Account Number  ████5039

Transaction Amount  78,286.42              tMagic Id#  202430052442463

Date/Time  05 -Jan- 2024 11:48

>>221971316<<
1/5/2024
11:48:31
TMID 202430052442463



Current Date: Mar 15, 2024

| | |
|---|---|
| Account Number: | ▮190 |
| Capture Date: | January 05, 2024 |
| Item Number: | 5251001283245 |
| Posted Date: | January 05, 2024 |
| Posted Item Number: | 5251001283245 |
| Amount: | 478,286.42 |
| Record Type: | Transit |

**COUNTY OF ORANGE**
**DISTRICT ATTORNEY'S OFFICE**
**SEIZED FUNDS ACCOUNT**
255 MAIN STREET
GOSHEN NY 10924

3672
50-247/219

DATE: January 5, 2024

PAY TO THE ORDER OF: Moutz Soudani

$ 478,286.42/100

Four Hundred Seventy Eight Thousand, Two Hundred Eighty Six and 42/100 DOLLARS

Orange Bank & Trust Company

FOR: Restitution

>>221971316<<
1/5/2024
11:47:47
TMID 202430052442463