# EXHIBIT L



# walden
## SAVINGS bank

PO Box 690
15 Scott's Corners Drive
Montgomery, NY 12549
**Return Service Requested**

**Phone number:**
845-457-7700 Option 3
**Email:**
info@waldensavings.bank
**Website:**
www.waldensavings.bank



Member
**FDIC**

000042

| Customer Statement | Pg 1 of 12 |
|---|---|

**Account Number:** xxxxxxxx5039
**Statement Date:** Dec 30, 2023 thru Jan 31, 2024

### Summary - All Accounts

| Product | Account # | Ending Balance |
|---|---|---|
| 55 Plus Checking | xxxxxxxx5039 | $66,335.68 |

MOUTZ F SOUDANI
IRREVOCABLE LIVING TRUST
40 BAILEY RD
MONTGOMERY NY 12549-2109

## 55 Plus Checking - xxxxxxxx5039

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| | **BEGINNING BALANCE** | | | **$33,615.91** |
| Jan 02 | 1365 Check | -125.00 | | 33,490.91 |
| Jan 02 | Eff. 12-30 Deposit | | 594.04 | 34,084.95 |
| Jan 03 | 1390 Electronic Check VERIZON - FINANCIA PAYMENTS | -114.37 | | 33,970.58 |
| Jan 03 | 1392 Electronic Check CAPITAL - ONE ARC ARC CHECK PYMT | -713.01 | | 33,257.57 |
| Jan 03 | Deposit | | 3,627.18 | 36,884.75 |
| Jan 05 | Deposit | | 78,286.42 | 115,171.17 |
| Jan 08 | 1399 Check | -17.28 | | 115,153.89 |
| Jan 08 | 1398 Check | -71.24 | | 115,082.65 |
| Jan 08 | 1400 Check | -72.34 | | 115,010.31 |
| Jan 08 | 1301 Check | -562.00 | | 114,448.31 |
| Jan 09 | 1311 Over Counter Check | -15,000.00 | | 99,448.31 |
| Jan 09 | Deposit | | 1,600.00 | 101,048.31 |
| Jan 10 | 1379 Check | -117.63 | | 100,930.68 |
| Jan 10 | 1302 Check | -2,414.00 | | 98,516.68 |
| Jan 16 | Deposit | | 5,062.43 | 103,579.11 |
| Jan 16 | 1306 Check | -83.29 | | 103,495.82 |
| Jan 16 | 1312 Check | -800.00 | | 102,695.82 |
| Jan 16 | 1314 Check | -1,000.00 | | 101,695.82 |
| Jan 16 | 1305 Check | -6,052.54 | | 95,643.28 |
| Jan 17 | Deposit | | 850.00 | 96,493.28 |
| Jan 17 | 1307 Check | -144.67 | | 96,348.61 |
| Jan 17 | 1317 Check | -2,000.00 | | 94,348.61 |

# Effective Monday, February 5th, 2024
# New Hours & 24/7 Contact Center

Learn More at **WaldenSavings.Bank/UpdatedHours**

03X1VA_BK_319WS0001_M008



| | |
|---|---|
| **Account Number:** | xxxxxxxx5039 |
| **Statement Date:** | Dec 30, 2023 thru Jan 31, 2024 |

---

### Preauthorized Credits

You may verify a pre-authorized credit by calling (845) 457-7700 or by accessing our telephone banking at (845) 457-8200, (845) 497-8200, or (845) 561-8200 or by accessing our web banking at www.waldensavings.bank, You may register for either product by calling (845) 457- 7700,

---

### In Case of Errors or Questions About Your Electronic Fund Transfers

Telephone us at (845) 457-7700 or write us at 15 Scott's Corners Drive, P,O, Box 690, Montgomery, NY 12549 ATTN: EFT Coordinator, as soon as you can, if you think your statement or receipt is wrong of if you need more information about a transfer on the statement or receipt We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared, Please give us the following information:

(1) Tell us your name and account number
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information,
(3) Tell us the dollar amount of the suspected error,

We will investigate your complaint and will correct any error promptly, If we take more than 10 days to do this, we will re-credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation, Regarding new accounts, the time period is extended to 20 business days,

---

### Your Billing Rights-Keep this Notice for Future Use

This notice contains important information about your rights and responsibilities under the Fair Credit Billing Act.

**Notify Us In Case of Errors or Questions About Your Bill**

If you think your bill is wrong, of if you need more information about a transaction on your bill, write us on a separate sheet at 15 Scott's Corners Drive , Montgomery, NY 12549 ATTN: Retail Lending. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can , why you believe there is an error. If you need more information, describe the item you are not sure about.

If you have authorized us to pay your bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment your letter must reach us three business days before the automatic payment is scheduled to occur.

#### Your Rights and Our Responsibilities After We Receive Your Written Notice

We must acknowledge your letter within 30 days, unless we have corrected the error by then, Within 90 days, we must either correct or explain why we believe the bill was correct,

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question,

If we find that we made a mistake on your bill, you will not have to pay any finance charges related to any questioned amount If we didn't make a mistake, you will have to make up any missed payments on the questioned amount In either case, we will send you a statement of the amount you owe and the date that it is due,

If you fail to pay the amount that we think you owe, we may report you as delinquent However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill And, we must tell you the name of anyone we report you to that the matter has been settled between us when it finally is, If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

---

### How Your Finance Charge Is Determined

We figure the finance charge on your account by applying the daily periodic rate to the daily end-of-day balance of your account To get the daily end-of-day balance of your account, we take the beginning balance of your account each day, add new advances and subtract payments, credits, and adjustments, This gives us the daily end-of-day balance for your account The daily rate is calculated by dividing the rate of interest on your account by the number of days in the year, At the end of the billing cycle (your statement date), these amounts are totaled and charged to your account as the finance charge.

---

### How to Balance Your Checkbook

| Use these simple steps to bring your checkbook balance into agreement with this statement | Schedule of withdrawals And checks not shown on this statement | | Schedule of withdrawals And checks not shown on this statement | | Schedule of Deposits not Shown on this Statement | |
|---|---|---|---|---|---|---|
| A. Adjust your checkbook balance for any fees or charges not previously recorded,<br>B. Compare these checks with your records, C, Complete the Schedules at the right<br>C. Complete the **Schedules at the right**<br>D. Follow the steps outlined below. | Check # | Amount | Check # | Amount | Deposit Date | Amount |
| | | | | | | |
| 1. Enter here the Statement Balance Shown on this statement | | | | | | |
| 2. Compare the Deposits shown on This statement with your records, If a recent deposit(s) does not Show on this statement enter the Total from the schedule of Deposits | | | | | | |
| 3. Enter total of lines 1 & 2 | | | | | | |
| 4. Enter the TOTAL from the schedule of withdrawals | | | | | | |
| 5. Subtract line 4 from line 3, This Should be your present checkbook Balance, If not, the most common Mistake is an error in arithmetic | Continued | ⤴ | Total checks, Withdrawals, Or transfers Not shown to Line 4. | | Total of Deposits Not shown on This statement To Line 2. | |

03PXMB

# walden SAVINGS bank

| | |
|---|---|
| Account Number: | xxxxxxxx5039 |
| Statement Date: | Dec 30, 2023 thru Jan 31, 2024 |

## 55 Plus Checking - xxxxxxxx5039 (Continued)

| Date | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---:|---:|---:|
| Jan 17 | 1313 Check | -2,307.00 | | 92,041.61 |
| Jan 17 | 1394 Check | -15,000.00 | | 77,041.61 |
| Jan 19 | Deposit | | 800.00 | 77,841.61 |
| Jan 19 | 1318 Check | -20.00 | | 77,821.61 |
| Jan 19 | 1316 Check | -276.95 | | 77,544.66 |
| Jan 19 | 1396 Check | -2,907.73 | | 74,636.93 |
| Jan 19 | 1397 Check | -2,953.37 | | 71,683.56 |
| Jan 22 | Deposit | | 600.00 | 72,283.56 |
| Jan 22 | Deposit | | 992.20 | 73,275.76 |
| Jan 22 | 1155 Check | -400.00 | | 72,875.76 |
| Jan 22 | 1395 Check | -3,297.41 | | 69,578.35 |
| Jan 23 | Deposit | | 300.00 | 69,878.35 |
| Jan 24 | External Deposit US TREAS 310 - XXSOC SEC | | 1,871.00 | 71,749.35 |
| Jan 25 | Deposit | | 30,000.00 | 101,749.35 |
| Jan 25 | 1327 Over Counter Check | -2,500.00 | | 99,249.35 |
| Jan 26 | 1303 Check | -10,000.00 | | 89,249.35 |
| Jan 29 | 1319 Electronic Check CAPITAL - ONE ARC ARC CHECK PYMT | -2,936.22 | | 86,313.13 |
| Jan 29 | 1329 Check | -1,000.00 | | 85,313.13 |
| Jan 30 | External Withdrawal ACTION - ENVIRONME ACTION BT0129 | -156.78 | | 85,156.35 |
| Jan 30 | Deposit | | 600.00 | 85,756.35 |
| Jan 30 | 1325 Check | -34.98 | | 85,721.37 |
| Jan 30 | 1333 Check | -2,000.00 | | 83,721.37 |
| Jan 30 | 1328 Check | -5,000.00 | | 78,721.37 |
| Jan 30 | 1322 Check | -10,000.00 | | 68,721.37 |
| Jan 31 | 1326 Electronic Check VERIZON - FINANCIA PAYMENTS | -114.40 | | 68,606.97 |
| Jan 31 | Deposit | | 594.04 | 69,201.01 |
| Jan 31 | 1324 Check | -125.66 | | 69,075.35 |
| Jan 31 | 1330 Check | -2,739.67 | | 66,335.68 |
| | **ENDING BALANCE** | | | **$66,335.68** |

MOUTZ F SOUDANI
IRREVOCABLE LIVING TRUST

## Check Summary

| Check No. | Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 1155 | Jan 22 ❏ | 400.00 | 1317 | Jan 17 ❏ | 2,000.00 | 1365* | Jan 02 ❏ | 125.00 |
| 1301* | Jan 08 ❏ | 562.00 | 1318 | Jan 19 ❏ | 20.00 | 1379* | Jan 10 ❏ | 117.63 |
| 1302 | Jan 10 ❏ | 2,414.00 | 1319e | Jan 29 ❏ | 2,936.22 | 1390*e | Jan 03 ❏ | 114.37 |
| 1303 | Jan 26 ❏ | 10,000.00 | 1322* | Jan 30 ❏ | 10,000.00 | 1392*e | Jan 03 ❏ | 713.01 |
| 1305* | Jan 16 ❏ | 6,052.54 | 1324* | Jan 31 ❏ | 125.66 | 1394* | Jan 17 ❏ | 15,000.00 |
| 1306 | Jan 16 ❏ | 83.29 | 1325 | Jan 30 ❏ | 34.98 | 1395 | Jan 22 ❏ | 3,297.41 |
| 1307 | Jan 17 ❏ | 144.67 | 1326e | Jan 31 ❏ | 114.40 | 1396 | Jan 19 ❏ | 2,907.73 |
| 1311* | Jan 09 ❏ | 15,000.00 | 1327 | Jan 25 ❏ | 2,500.00 | 1397 | Jan 19 ❏ | 2,953.37 |
| 1312 | Jan 16 ❏ | 800.00 | 1328 | Jan 30 ❏ | 5,000.00 | 1398 | Jan 08 ❏ | 71.24 |
| 1313 | Jan 17 ❏ | 2,307.00 | 1329 | Jan 29 ❏ | 1,000.00 | 1399 | Jan 08 ❏ | 17.28 |
| 1314 | Jan 16 ❏ | 1,000.00 | 1330 | Jan 31 ❏ | 2,739.67 | 1400 | Jan 08 ❏ | 72.34 |
| 1316* | Jan 19 ❏ | 276.95 | 1333* | Jan 30 ❏ | 2,000.00 | | | |

Number of Checks: 35    * Indicates a skip in sequence    e Indicates an electronic check

## Balance Summary

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---:|---|---:|---|---:|---|---:|
| Jan 02 | 34,084.95 | Jan 10 | 98,516.68 | Jan 22 | 69,578.35 | Jan 26 | 89,249.35 |
| Jan 03 | 36,884.75 | Jan 16 | 95,643.28 | Jan 23 | 69,878.35 | Jan 29 | 85,313.13 |
| Jan 05 | 115,171.17 | Jan 17 | 77,041.61 | Jan 24 | 71,749.35 | Jan 30 | 68,721.37 |
| Jan 08 | 114,448.31 | Jan 19 | 71,683.56 | Jan 25 | 99,249.35 | Jan 31 | 66,335.68 |
| Jan 09 | 101,048.31 | | | | | | |

# walden SAVINGS bank

**Account Number:** xxxxxxxx5039
**Statement Date:** Dec 30, 2023 thru Jan 31, 2024

## Overdraft/Returned Item Fees

| Fee Type | Total For This Period | Total Year to Date | Prior Year |
|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | $0.00 |

## Account Summary

| Previous Date | Beginning Balance | Deposits | Interest Paid | Withdrawals | Fees | Ending Balance |
|---|---|---|---|---|---|---|
| Dec 30, 2023 | 33,615.91 | 125,777.31 | 0.00 | 93,057.54 | 0.00 | 66,335.68 |

## Statement Summary

| Account Number | Product Description | Maturity Date | Rate | Balance |
|---|---|---|---|---|
| xxxxxxxx5039 | 55 Plus Checking | | | $66,335.68 |





**CK #1155    PD 01/22    $400.00**




**CK #1301    PD 01/08    $562.00**




**CK #1302    PD 01/10    $2414.00**




**CK #1303    PD 01/26    $10000.00**

**Customer Statement**      **Pg 6 of 12**

**Account Number:**      xxxxxxxx5039
**Statement Date:**      Dec 30, 2023 thru Jan 31, 2024



**CK #1305    PD 01/16    $6052.54**




**CK #1306    PD 01/16    $83.29**




**CK #1307    PD 01/17    $144.67**




**CK #1311    PD 01/09    $15000.00**



| Account Number: | xxxxxxx5039 |
|---|---|
| Statement Date: | Dec 30, 2023 thru Jan 31, 2024 |



CK #1312    PD 01/16    $800.00




CK #1313    PD 01/17    $2307.00




CK #1314    PD 01/16    $1000.00




CK #1316    PD 01/19    $276.95






CK #1317    PD 01/17    $2000.00




CK #1318    PD 01/19    $20.00




CK #1322    PD 01/30    $10000.00




CK #1324    PD 01/31    $125.66



**Account Number:**                          xxxxxxxx5039
**Statement Date:**      Dec 30, 2023 thru Jan 31, 2024




CK #1325    PD 01/30    $34.98




CK #1327    PD 01/25    $2500.00



CK #1328    PD 01/30    $5000.00




CK #1329    PD 01/29    $1000.00

# walden
## SAVINGS bank



**CK #1330    PD 01/31    $2739.67**

 

**CK #1333    PD 01/30    $2000.00**

 

**CK #1365    PD 01/02    $125.00**

 

**CK #1379    PD 01/10    $117.63**

# walden SAVINGS bank



CK #1394    PD 01/17    $15000.00




CK #1395    PD 01/22    $3297.41




CK #1396    PD 01/19    $2907.73




CK #1397    PD 01/19    $2953.37

# walden SAVINGS bank



CK #1398    PD 01/08    $71.24





CK #1399    PD 01/08    $17.28



CK #1400    PD 01/08    $72.34

