UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------- X
                                                                                  :
MARTIN SOUDANI a/k/a MOUTAZ SOUDANI,                                              :
.-                                                                                :
                                    Plaintiff                                     :               Case No. 25-
                                                                                  :
                         v.                                                       :        **ORDER TO SHOW**
                                                                                  :          **CAUSE WITH**
MOUT'Z SOUDANI, in his individual capacity and in his capacity                    :          **TEMPORARY**
as the Trustee of the MOUT'Z. F. SOUDANI and ELIZABTH I.                          :       **RESTRAINING ORDER**
RUTTKAYA/K/A ELIZABETH SOUDANI IRREVOCABLE
LIVING TRUST,

                                    Defendant.

-------------------------------------------------------------------------------- X

     **UPON** the Declaration of Martin Soudani a/k/a Moutaz Soudani ("Plaintiff") and the

exhibits attached thereto, the Declaration of Aytan Y. Bellin and the exhibit attached thereto,  the

accompanying memorandum of law, and the simultaneously filed Complaint in this action and

the exhibits attached thereto, it is

     **ORDERED**, that the above-named defendant ("Defendant") show cause before a motion

term of this Court, at Room _____, United States Courthouse, 300 Quarropas Street 500 Pearl

Street, White Plains, New York on _____ ,  at _____o'clock in the

_____ noon thereof, or as soon thereafter as counsel may be heard, why an order should

not be issued pursuant to N.Y  Surr. Ct. Proc. Act ("SCPA") § 719(7) removing Defendant as the

trustee of the Mout'z F. Soudani and Elizabeth I. Ruttkay a/k/a Elizabeth Soudani Irrevocable

Living Trust (the "2002 Trust"); and it is further

     ORDERED that, sufficient reason having been shown therefor, pending the

hearing of Plaintiff's application for removal as the trustee of the 2002 Trust, Defendant is

temporarily suspended, pursuant to N.Y. SCPA § 719(7), as trustee of the 2002 Trust, and is

1

temporarily restrained and enjoined from taking any actions with regard to the assets contained in that trust; and it is further

ORDERED that Plaintiff shall not be required to post a bond; and it is further

ORDERED that that personal service of a copy of this Order and annexed Declaration of of Plaintiff and the exhibits attached thereto, the Declaration of Aytan Y. Bellin and the exhibit attached thereto, and the Complaint in this case and the exhibits attached thereto, on Defendant or his counsel on or before _____ shall be deemed good and sufficient service thereof.

Dated: White Plains New York
      January ____, 2025

ISSUED: _____M


_____
      United States District Judge