# EXHIBIT J



Current Date: May 15, 2024

| | |
|---|---|
| Account Number: | ▉7190 |
| Capture Date: | January 05, 2024 |
| Item Number: | 5251001283245 |
| Posted Date: | January 05, 2024 |
| Posted Item Number: | 5251001283245 |
| Amount: | 478,286.42 |
| Record Type: | Transit |

