UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
MARTIN SOUDANI a/k/a MOUTAZ SOUDANI,
:
      Plaintiff            Case No. 25-CV-176
:
  v.                **ORDER TO SHOW**
:       **CAUSE** ~~WITH~~
MOUT'Z SOUDANI, in his individual capacity and in his capacity    ~~TEMPORARY~~
as the Trustee of the MOUT'Z. F. SOUDANI and ELIZABTH I. : ~~RESTRAINING ORDER~~
RUTTKAY A/K/A ELIZABETH SOUDANI IRREVOCABLE
LIVING TRUST,
:
      Defendant.

------------------------------------------------------------------------- X

  **UPON** the Declaration of Martin Soudani a/k/a Moutaz Soudani ("Plaintiff") and the exhibits attached thereto, the Declaration of Aytan Y. Bellin and the exhibit attached thereto, the accompanying memorandum of law, and the simultaneously filed Complaint in this action and the exhibits attached thereto, it is

  **ORDERED**, that the above-named defendant ("Defendant") show cause before a motion term of this Court, at Room **621**, United States Courthouse, 300 Quarropas Street 500 Pearl Street, White Plains, New York on **Jan. 13, 2025** at **11:15** o'clock in the **morning** ~~noon thereof~~, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to N.Y Surr. Ct. Proc. Act ("SCPA") § 719(7) removing Defendant as the trustee of the Mout'z F. Soudani and Elizabeth I. Ruttkay a/k/a Elizabeth Soudani Irrevocable Living Trust (the "2002 Trust"); **or why** ~~and it is further~~

  ~~ORDERED that, sufficient reason having been shown therefor,~~ pending the hearing of Plaintiff's application for removal as the trustee of the 2002 Trust, Defendant **should not be** temporarily suspended, pursuant to N.Y. SCPA § 719(7), as trustee of the 2002 Trust**,** ~~and~~

1

~~temporarily restrained and enjoined from taking any actions with regard to the assets contained in that trust; and~~ it is further

~~ORDERED that Plaintiff shall not be required to post a bond; and it is further~~

ORDERED that that personal service of a copy of this Order and annexed Declaration of of Plaintiff and the exhibits attached thereto, the Declaration of Aytan Y. Bellin and the exhibit attached thereto, and the Complaint in this case and the exhibits attached thereto, on Defendant or his counsel on or before Jan. 11 at 12 Noon — but preferably Jan. 10 before 5pm, shall be deemed good and sufficient service thereof.

Dated: White Plains New York
January 10, 2025

ISSUED: 12:35 PM

_____
United States District Judge

2