UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MARTIN SOUDANI a/k/a MOUTAZ SOUDANI,

                          Plaintiff

       -against-

MOUT'Z SOUDANI, in his individual capacity and
in his capacity as the Trustee of the MOUT'Z F.
SOUDANI and ELIZABETH I. RUTTKAY A/K/A
ELIZABETH SOUDANI IRREVOCABLE
LIVING TRUST,

                          Defendant.

-------------------------------------------------------------------X

Case No. 7:25-cv-00176

**NOTICE OF APPEARANCE**

       KYLE A. SEISS of the law firm COHEN, LABARBERA & LANDRIGAN, LLP hereby appears on behalf of Defendants, MOUT'Z SOUDANI, in his individual capacity and in his capacity as the Trustee of the MOUT'Z F. SOUDANI and ELIZABETH I. RUTTKAY A/K/A ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST, in the above-captioned action and requests that all pleadings and notices be served upon the undersigned.

Dated: January 15, 2025
      Chester, New York

                      COHEN, LABARBERA & LANDRIGAN, LLP

                      _____
                      Kyle A. Seiss, Esq.
                      99 Brookside Avenue
                      Chester, New York 10918
                      Telephone: (845) 291-1900
                      Facsimile: (845) 291-8601
                      Email: kseiss@cll-law.com
                      *Attorneys for Defendants*