# COHEN, LaBARBERA & LANDRIGAN, LLP
## ATTORNEYS AT LAW

RONALD J. COHEN, EQUITY PARTNER (NY BAR & LL.M. IN TAXATION)
STEPHEN P. LABARBERA, EQUITY PARTNER (NY BAR)
THOMAS C. LANDRIGAN, EQUITY PARTNER (NY & NJ BAR & LLM IN TAXATION)
--------------------------------------
OXANA LUKINA, PARTNER (NY BAR & LL.M. IN TAXATION)
JENNIFER T. MULLEADY, PARTNER (NY BAR)
KYLE SEISS, PARTNER (NY & NJ BAR)
--------------------------------------
ATHENA LI (NY & TX BAR & LL.M. IN TAXATION)
MELISSA A. PERRY (NY BAR)
CHRISTOPHER SMITH, SENIOR COUNSEL (NY BAR & LL.M. IN TAXATION)
--------------------------------------
PHILLIP C. LANDRIGAN (NY BAR – OF COUNSEL)

99 BROOKSIDE AVENUE
CHESTER, NY 10918
TELEPHONE (845) 291-1900

--------------------------------------------------------
EMAIL: _____
*Not for Service of Process

January 15, 2025

**Via ECF**

Honorable Cathy Seibel, U.SD.J.
Hon. Charles L. Brieant Jr. Federal Building
300 Quarropas St.
White Plains, NY 10601-4150

Re:     Martin Soudani a/k/a Moutaz Soudani v. Mout'z Soudani et al.,
        Case No. 25-cv-00176 (CS)

Dear Judge Seibel:

I write as a follow up to our letter earlier today for completeness.

We note that after the time we submitted our letter submission to the Court the U.S. Attorneys office who had earlier asked the position of our client via email as to whether our client would object to a stay of the proceeding advised via email this afternoon that they have elected not to proceed with this application after consultation with supervisors within the department.

Thank you for your consideration.

Respectfully submitted,

Thomas C. Landrigan