# COHEN, LaBARBERA & LANDRIGAN, LLP
## ATTORNEYS AT LAW

---

RONALD J. COHEN, EQUITY PARTNER (NY BAR & LL.M. IN TAXATION)        99 BROOKSIDE AVENUE
STEPHEN P. LABARBERA, EQUITY PARTNER (NY BAR)                       CHESTER, NY 10918
THOMAS C. LANDRIGAN, EQUITY PARTNER (NY & NJ BAR & LLM IN TAXATION  )  TELEPHONE (845) 291-1900
-----------------------------------
OXANA LUKINA, PARTNER (NY BAR & LL.M. IN TAXATION)                  ----------------------------------------------------
JENNIFER T. MULLEADY, PARTNER (NY BAR)                              EMAIL: kseiss@cll-law.com
KYLE A. SEISS, PARTNER (NY & NJ BAR)                                *Not for Service of Process
-----------------------------------
ATHENA LI (NY & TX BAR & LL.M. IN TAXATION)
MELISSA A. PERRY (NY BAR)
CHRISTOPHER SMITH, SENIOR COUNSEL (NY BAR & LL.M. IN TAXATION)
-----------------------------------
PHILLIP C. LANDRIGAN (NY BAR – OF COUNSEL)

January 29, 2025

<u>Submitted *via* ECF and Email:</u>
Hon. Cathy Seibel, U.S.D.J.
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150
chambersnysdseibel@nysd.uscourts.gov

CC:   All counsel *via* ECF and Email

Re:   *Soudani v. Soudani*, Case No.: 7:25-cv-00176-CS
      **Defendant's request on consent to extend time to answer or otherwise respond**

Your Honor:

We as counsel for the Defendant Mout'z Soudani, Individually and as Trustee, respectfully write to request that the Defendant's time to answer or otherwise respond to the action, which is presently February 3, 2025, be adjourned to a date to be determined at the next conference, presently scheduled for February 11, 2025. We have conferred with Plaintiff's counsel concerning this request, and they courteously consent.

We make this request because, as noted at the last conference on January 24, 2025, the parties have reached a settlement in principle, and any allegations in a responsive pleading or arguments in a pre-motion letter may disrupt the status quo and impede the conclusion of the settlement of this action.

We have not previously requested to adjourn this date. And we do not anticipate that this request, if granted, will affect any other scheduled dates. We thank the Court for consideration of this request and respectfully await further instruction from the Court.

Respectfully submitted,

Kyle A. Seiss, Esq.