

**Arthur D. Middlemiss**
212 822 0129
arthur.middlemiss@lbkmlaw.com

February 10, 2025

**VIA ECF AND EMAIL**
Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
chambersnysdseibel@nysd.uscourts.gov

      **Re: Soudani v. Soudani, No. 7:25-cv-00176-CS**

Your Honor:

  We represent Plaintiff Martin Soudani ("Plaintiff"). The Parties jointly request that the status conference set for February 11, 2025 be adjourned by 14 days to February 25, 2025.

  As noted at the last status conference on January 24, 2025, the Parties have reached a settlement in principle and have been negotiating the terms of such settlement. We have made good faith efforts to finalize the required documents, but it does not appear that we will be able to so before we are scheduled to appear before the Court.

  With apologies to the Court for the late notice of this request, the Parties request that the status conference be adjourned briefly in order to allow the Parties to conclude these negotiations and conferral with the U.S. Attorney's Office. This is the Parties' first request for an adjournment.

  Thank you for your attention to this matter.

                Respectfully,

                Arthur D. Middlemiss

cc: Thomas Landrigan (Counsel for Mout'z Soudani)(by e-mail and ECF)