

Arthur D. Middlemiss
212 822 0129
arthur.middlemiss@lbkmlaw.com

March 27, 2025

**VIA ECF AND EMAIL**

Hon. Cathy Seibel
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150
chambersnysdseidel@nysd.uscourts.gov

  Re: *Soudani v. Soudani*, No. 7:25-cv-00176-CS

Your Honor:

  We represent Plaintiff Martin Soudani ("Plaintiff"). In accordance with Your Honor's directions at the status conference held on February 25, 2025, the Parties hereby jointly submit this letter to provide a status update.

  Since the last status conference, the Parties have continued to work to negotiate and finalize a settlement. On March 21, 2025, Defendant Mout'z Soudani moved in his criminal case, *United States v. Mout'z Soudani*, 7:24-cr-555-CS (S.D.N.Y.), to request a bail modification in order to finalize and fund the settlement. Your Honor approved the proposal on the same day. The only remaining steps are logistical in nature and the Parties expect the settlement to be finalized, and to file a stipulation of discontinuance, by next week.

  Thank you for your attention to this matter.

                Sincerely,

                Arthur D. Middlemiss

Cc: Thomas Landrigan (Counsel for Mout'z Soudani) (by e-mail and ECF)