IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARTIN SOUDANI a/k/a MOUTAZ SOUDANI,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-against-<br><br>MOUT'Z SOUDANI, in his individual capacity and in his capacity as the Trustee of the MOUT'Z F. SOUDANI and ELIZABETH I. RUTTKAY A/K/A ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST,<br><br>　　　　　　　　Defendant. | Civil Action Number<br>7:25-cv-00176-CS<br><br>STIPULATION OF<br>DISCONTINUANCE |

WHEREAS Plaintiff MARTIN SOUDANI has commenced this action against Defendant MOUT'Z SOUDANI, in his individual capacity and in his capacity as the Trustee of the MOUT'Z F. SOUDANI and ELIZABETH I. RUTTKAY A/K/A ELIZABETH SOUDANI IRREVOCABLE LIVING TRUST;

WHEREAS Defendant MOUT'Z SOUDANI has appeared in the action; and

WHEREAS the appearing parties have resolved all claims, counterclaims, and crossclaims, if any, in the instant action by the execution of a Settlement Agreement and compliance with all terms thereof;

IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiff's Complaint, and any and all other claims, counterclaims, and crossclaims, if any, which were raised or could have been raised in the instant action, are hereby dismissed as against MOUT'Z SOUDANI, in his individual capacity and in his capacity as the Trustee

of the MOUT'Z F. SOUDANI and ELIZABETH I. RUTTKAY A/K/A ELIZABETH

SOUDANI IRREVOCABLE LIVING TRUST with prejudice and without costs; and

2. This Stipulation of Dismissal may be executed in counterparts and/or by electronic or

facsimile signature, which counterparts shall constitute one original document.

Dated: May 22, 2025

_____
Arthur D. Middlemiss, Esq.
LEWIS BAACH KAUFMANN MIDDLEMISS PLLC
155 East 44th Street, 25th Floor
New York, New York 10017
Tel.:    (212) 826-7001
Email: arthur.middlemiss@lbkmlaw.com
*Attorneys for Plaintiff*

_____
Thomas C. Landrigan, Esq.
COHEN, LABARBERA & LANDRIGAN, LLP
99 Brookside Avenue
Chester, New York 10918
Tel.:    (845) 291-1900
Email: tlandrigan@cll-law.com
*Attorneys for Defendant*


SO ORDERED.

_____    5/26/25
CATHY SEIBEL, U.S.D.J.

The Clerk shall close the case.